# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| OMAR R. WILKINS,<br><br>　　　　Petitioner,<br>vs.<br>NICK LUDWICK,<br><br>　　　　Respondent. | No. C 13-4024-MWB<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

_____

This case is before me on petitioner Wilkins's October 17, 2014, *pro se* Motion For Certificate Of Appealability (docket no. 54). In this Motion, Wilkins seeks a certificate of appealability on all issues in his § 2254 Petition, which I denied on October 6, 2014, in a Memorandum Opinion And Order Regarding Report And Recommendation On Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (docket no. 52). The respondent filed a Resistance (docket no. 55) on October 22, 2014.

Petitioner Wilkins must make a substantial showing of the denial of a constitutional right in order to be granted a certificate of appealability in this case. *See Miller-El v. Cockrell*, 537 U.S. 322 (2003); *Garrett v. United States*, 211 F.3d 1075, 1076–77 (8th Cir. 2000); *Mills v. Norris*, 187 F.3d 881, 882 n.1 (8th Cir. 1999); *Carter v. Hopkins*, 151 F.3d 872, 873–74 (8th Cir. 1998); *Ramsey v. Bowersox*, 149 F.3d 749 (8th Cir. 1998); *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir.1997). "A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox*, 133 F.3d at 569. Moreover, the United States Supreme Court reiterated in *Miller-El v. Cockrell* that "'[w]here a district court has rejected the constitutional claims on the merits, the showing

required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" 537 U.S. at 338 (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). I conclude that petitioner Wilkins failed to make a substantial showing that any issue or claim raised in his § 2254 Petition is debatable among reasonable jurists, that a court could resolve any issue differently, or that any question deserves further proceedings. Consequently, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)(B); *Miller-El*, 537 U.S. at 335-36; *Cox*, 133 F.3d at 569.

THEREFORE, petitioner Wilkins's October 17, 2014, *pro se* Motion For Certificate Of Appealability (docket no. 54) is **denied**, and no certificate of appealability shall issue from this court in this case.

**IT IS SO ORDERED**.

**DATED** this 23rd day of October, 2014.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA